UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34231 |
|---|---|
| JAMES M. PIDCOCK | (Chapter 13) |
| CHERYL M. PIDCOCK | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099929**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 43 | MERCY MEDICAL CENTER<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 3.89 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/14/2011

| | Certificate of Service | 08-34231 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

JAMES M. PIDCOCK
CHERYL M. PIDCOCK
2131 WOODSIDE AVENUE
SPRINGFIELD, OH  45503

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(47.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(56.1n)
LEANN E COVEY
4500 COURTHOUSE BLVD
SUITE 400
STOW, OH  44224

(43.1)
MERCY MEDICAL CENTER
% CITY CREDITS COMPANY AGENT
3077 KETTERING BLVD SUITE 109
MORAINE, OH  45439

(55.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(51.1n)
WELLS FARGO FINANCIAL OHIO 1
4137 121ST STREET
URBANDALE, IA  50323

Jeffrey M. Kellner BY    \_\_\_/s/ Jeffrey M. Kellner_____    sv